ALFRED J. BOHLINGER, SUPERINTENDENT, ETC., PLAIN-
TIFF-RESPONDENT, v. WARD & COMPANY, DEFEND-
ANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 34 *N. J. Super.* 583.

*Mr. Harold D. Feuerstein* for the petitioner.

*Messrs. Bilder, Bilder & Kaufman* for the respondent.

September 12, 1955.

RIDER COLLEGE, PETITIONER, v. CITY OF TRENTON,
RESPONDENT.

On petition for certification to Division of Tax Appeals.

*Mr. H. Harvey Saaz* and *Mr. Robert F. Darby* for the
petitioner.

*Mr. Louis Josephson* for the respondent.

September 12, 1955.